**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Boswell, et al., ) | No. CV 05-427 PCT NVW |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Cliff Castle Casino, et al., ) | |
| Defendants. ) | |

    Before the court is Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(1) (doc. # 19), filed August 5, 2005.  The time to file a response has long expired, and no response has been filed.   Pursuant to LRCiv 7.2(i), Plaintiffs' failure to file a response "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily."  The court therefore takes Plaintiffs' failure to respond to the motion as a consent to the granting of the motion.

    IT IS THEREFORE ORDERED that  Defendants' Motion to Dismiss (doc. # 19) is granted.

    IT IS FURTHER ORDERED that the clerk shall enter judgment dismissing this action for lack of subject matter jurisdiction and shall terminate this case.

    DATED this 6th day of October, 2005.

_____
Neil V. Wake
United States District Judge