**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Boswell, et al., ) | No. CV 05-427 PCT NVW |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Cliff Castle Casino, et al., ) | |
| Defendants. ) | |

Before the court are Plaintiffs' Motion to Set Aside the Judgment of Dismissal Under FRCP 59 & 60 (doc. # 26), the Response (doc. # 28), and the Reply (doc. # 29). Plaintiffs' counsel has demonstrated that he did not receive the Motion to Dismiss (doc. # 29) filed August 5, 2005. Plaintiffs' motion will therefore be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Set Aside the Judgment of Dismissal Under FRCP 59 & 60 (doc. # 26) is granted.

IT IS FURTHER ORDERED that the judgment entered October 11, 2005 (doc. # 25) is vacated and this action is reinstated.

IT IS FURTHER ORDERED that Plaintiffs' Response to the Motion to Dismiss (doc. # 30) and Errata (doc. # 31) are deemed filed this day, and Defendants shall respond within 15 days of this order.

DATED this 16th day of November 2005.

_____
Neil V. Wake
United States District Judge